USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Muyet, | |
| Petitioner, | |
| -against- | 95-cr-941-1 (AJN) |
| United States, | ORDER |
| Respondent. | |

ALISON J. NATHAN, United States District Judge:

Daniel Habib, of the Federal Defenders of New York, has entered an appearance as counsel for Petitioner Jose Muyet. Dkt. No. 416. The U.S. Probation Office for the Southern District of New York and the United States District Court Clerk's Office for the Southern District of New York are authorized to disclose any Presentence Investigation Report, Statements of Reason, and Judgment to Mr. Habib for the purpose of determining eligibility for relief under *Davis*. Within three weeks of the date of this Order, the parties shall meet and confer and submit a joint letter to the Court proposing a briefing schedule. This resolves Dkt. No. 412.

The Clerk of Court is respectfully directed to mail this Order to Mr. Muyet.

SO ORDERED.

Dated:   July 28, 2020
         New York, New York

_____
ALISON J. NATHAN
United States District Judge