# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main  
917-306-6666 • Cell  
888-587-4737 • Fax

33 West 19th Street - 4th Floor  
New York, New York 10011  
bc@sternheimlaw.com

December 8, 2021

Honorable Loretta A. Preska  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re: *United States v. Jose Feliciano*  
95 Cr. 941(LAP)  
01 Cv. 9398 (LAP)

Dear Judge Preska:

I was appointed to represent Jose Feliciano in connection with filing a successive motion pursuant to 28 U.S.C. § 2255. I did not represent him previously and am still engaged in obtaining and reviewing documents in this rather old case, for which the court file has been long archived. In addition, despite requests to FCC Coleman and due to quarantine restrictions, a legal call with Mr. Feliciano has not been scheduled. For the aforementioned reasons, additional time is needed to file a submission on behalf of Mr. Feliciano.

- Presently, defense submission is due on January 11, 2021.
- No previous request for extension has been made.
- I have conferred with AUSA Kaylan E. Lasky.
- The government consents to this application.

Accordingly, I request an enlargement of time of 60 days to confer with Mr. Feliciano, review the documents in this case, and prepare and file a submission on his behalf.

Your consideration is greatly appreciated. All best wishes for a healthy and happy new year.

Very truly yours,

*Bobbi C. Sternheim*  
BOBBI C. STERNHEIM

cc: AUSA Kaylan E. Lasky  
via ECF

The extension requested above is approved. **SO ORDERED.**

Dated:   January 11, 2021  
         New York, New York

*Loretta A. Preska*  
LORETTA A. PRESKA, U.S.D.J.