# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

January 29, 2021

Honorable Loretta A. Preska
United States District Judge
Southern District of New York

Re:   *United States v. John Muyet* -- [Habeas Petition}
      95 Cr. 941 (LAP)
      03 Civ. 4247 (LAP)

Dear Judge Preska:

    I was appointed, pursuant to the CJA Act, to represent John Muyet in the defendant/habeas petitioner in above referenced matters. The case involves a habeas petition raising *Davis* related claims based upon convictions which occurred more than twenty years ago.

    I have conferred with the Government, and on consent, respectfully request the Court set the date for submission of a supplemental memorandum, in further support of Mr. Muyet's habeas petition, to be March 11, 2021. This date is consistent with the submission date of co-defendant Feliciano's supplemental memorandum, in further support of his habeas petition, which raises claims similar to the ones in Mr. Muyet's petition.

                                                  Respectfully submitted,
                                                  /s/
                                                  Jeffrey G. Pittell

cc: Micah Ferguson, AUSA

```
The extension requested above is approved.

SO ORDERED.

Dated:    January 29, 2021
          New York, New York
```

_____
LORETTA A. PRESKA, U.S.D.J.